IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| MARY A. DOWNEY, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )    Civil Action No. 3:19-cv-401 |
| | ) |
| CHEDANA PATEL AND AJAY PATEL, | ) |
| ACR HOTELS, LLC; D/B/A TIMBERS | ) |
| LODGE, | ) |
| | ) |
|     DEFENDANTS. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through undersigned counsel, announce that Plaintiff and Defendant ACR Hotels, LLC d/b/a Timber Lodge have reached a satisfactory resolution of this matter and hereby stipulate to the dismissal of the above-captioned action, with prejudice, including Plaintiff's claim for attorney fees and expenses. Plaintiff acknowledges that Defendants Chedana Patel and Ajay Patel dispute that (a) this court has personal jurisdiction over them and (b) that they are proper parties to this action, but nonetheless this matter is dismissed with prejudice against them as well.

**NOW, THEREFORE,** this action is dismissed with prejudice.

SO STIPULATED, this 16th day of December, 2019.

| | |
|---|---|
| /s/ S. Kyle McDonald | /s/ W. Allen McDonald |
| S. Kyle McDonald, BPR # 037088 | W. Allen McDonald, BPR #016210 |
| Massey & Associates, P.C. | Lacy, Price & Wagner, P.C. |
| 6400 Lee Highway, Suite 101 | 249 N. Peters Road, Suite 101 |
| Chattanooga, TN 37421 | Knoxville, TN 37923 |
| (423) 697-4529 | (865) 246-0800 |
| Attorney for the Plaintiff | Attorney for the Defendants |

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 16, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                 /s/ W. Allen McDonald